Certificate Number: 12433-PAM-DE-037588251

Bankruptcy Case Number: 23-01333


12433-PAM-DE-037588251

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on July 13, 2023, at 11:58 o'clock AM EDT, Tara Lee Shaw completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  July 13, 2023    By:  /s/Candace Jones

                        Name:  Candace Jones

                        Title:  Counselor