United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-01333-MJC |
| Tara Lee Shaw | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 13, 2023      Form ID: 318      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara Lee Shaw, 315 Ramblewood Drive, Saylorsburg, PA 18353-8044 |
| 5547578 | + | THE BUREAUS, 650 DUNDEE ROAD, SUITE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 13 2023 22:46:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5547570 | + | EDI: GMACFS.COM | Oct 13 2023 22:46:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5547571 | + | EDI: CAPIO.COM | Oct 13 2023 22:46:00 | ASSETCARE LLC, LEE MORRIS, 2222 TEXOMA PKWY SUITE 180, SHERMAN, TX 75090-2484 |
| 5548253 | + | EDI: AISACG.COM | Oct 13 2023 22:46:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5547572 | + | EDI: CITICORP.COM | Oct 13 2023 22:46:00 | CITIMORTGAGE INC, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5547573 | + | EDI: WFNNB.COM | Oct 13 2023 22:46:00 | COMENITY BANK/NWYRK&CO, 6939 AMERICANA PARKWAY, REYNOLDSBURG, OH 43068-4171 |
| 5547574 | | EDI: WFNNB.COM | Oct 13 2023 22:46:00 | COMENITY BANK/VICTORIA SECRECT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5547575 | + | EDI: AMINFOFP.COM | Oct 13 2023 22:46:00 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5547576 | | EDI: LCIICSYSTEM | Oct 13 2023 22:46:00 | IC SYSTEM INC, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 5547577 | + | EDI: CAPIO.COM | Oct 13 2023 22:46:00 | MBA LAW, 3400 TEXOMA PKWAY STE 100, SHERMAN, TX 75090-1916 |
| 5548263 | | EDI: PENNDEPTREV | Oct 13 2023 22:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5548263 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2023 18:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5547578 | + | EDI: Q3GTBI | Oct 13 2023 22:46:00 | THE BUREAUS, 650 DUNDEE ROAD, SUITE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John J Martin | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Tara Lee Shaw lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Tara Lee Shaw | | Social Security number or ITIN: xxx–xx–8383 |
| | First Name   Middle Name   Last Name | EIN: __–_____ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ |
| | | EIN: __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number: 5:23-bk-01333-MJC | | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tara Lee Shaw
aka Tara L. Shaw, aka Tara Shaw

10/13/23

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2